# United States Court of Appeals
## For the First Circuit

———————————

No. 13-1346

UNITED STATES,

Appellee,

v.

FRANCISCO MERCEDES,

Defendant, Appellant.

———————————

Before

Thompson, Kayatta and Barron,
<u>Circuit Judges</u>.

———————————

**JUDGMENT**

Entered: August 31, 2015

    Defendant-appellant Francisco Mercedes entered a straight plea to conspiracy and attempted possession with intent to distribute five kilograms or more of cocaine powder, 21 U.S.C. §§ 841(a)(1) and 846. He challenges the district court's within-guidelines 151-month sentence.

    Having carefully reviewed both of Mercedes's briefs and the record, we find that the district court committed no error. The district court's sentencing determination was procedurally and substantively sound.

    Affirmed. <u>See</u> 1st Cir. Loc. R. 27.0(c).

                                              By the Court:

                                              <u>/s/ Margaret Carter, Clerk</u>

cc:
George F. Gormley, Luis Rafael Rivera-Rodriguez, Francisco Mercedes, Timothy R. Henwood, Dennise Noemi Longo-Quinones, Nelson Jose Perez-Sosa, John Andre Mathews II